JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRENA MICHELLE JOHNSON, | No. 2:25-cv-07155-BFM |
| Plaintiff, | |
| v. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: February 5, 2026

HON. BRIANNA FULLER MIRCHEFF
United States Magistrate Judge

-1-